# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALERIE M. ANDERSON and GREG LEWIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRIVESTREAM, INC. and ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND D/B/A THE TULANE UNIVERSITY OF LOUISIANA,<br><br>Defendants. | Case No. 2:26-cv-01075-BSL-KWR |
| LILIANA MICERA and MIGUEL DEVEZIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND D/B/A THE TULANE UNIVERSITY OF LOUISIANA,<br><br>Defendant. | Case No. 2:26-cv-01096-BSL-KWR |

## PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS AND APPOINT INTERIM LEADERSHIP COUNSEL

Plaintiffs Valerie M. Anderson ("Anderson"), Greg Lewis ("Lewis"), Liliana Micera ("Micera"), and Miguel Devezin ("Devezin" and, together with Anderson, Lewis, and Micera, "Plaintiffs"), individually and on behalf of all others similarly situated, respectfully request that the Court: (1) pursuant to Federal Rule of Civil Procedure 42(a), consolidate the above-styled actions ("Related Actions"), as well as any future related actions filed or transferred against Defendants Administrators of the Tulane Educational Fund d/b/a The Tulane University of

Louisiana ("Tulane") and Drivestream, Inc. ("Drivestream") (together, "Defendants") in connection with the Data Breach into the first-filed *Anderson* action under the new case style: "*In re Tulane Workforce Data Breach Litigation*"; (2) pursuant to Federal Rule of Civil Procedure 23(g)(1)(A), appoint Casey C. DeReus and Melissa A. Fortunato of Bragar Eagel & Squire, P.C.; Bart D. Cohen of Bailey & Glasser, LLP; and David D. Bibiyan of Bibiyan Law Group, P.C. as Interim Class Counsel ("Proposed Interim Class Counsel"), and Garret S. DeReus and Jennifer J. Greene of Bey & Associates, LLC as Interim Liaison Counsel ("Proposed Interim Liaison Counsel") (collectively, "Proposed Leadership Counsel"); and (3) set a schedule allowing Plaintiffs to file a Consolidated and Amended Complaint thirty (30) days after the Court grants this Motion.

As discussed in the accompanying Memorandum in Support, consolidation is proper because both cases:  (1) are brought against overlapping defendants; (2) stem from the same/overlapping facts; (3) assert the same/overlapping claims; and (4) seek to represent the same/overlapping class.  Given the common facts and claims asserted in these actions, consolidation will streamline litigation and preserve judicial and party resources.  Proposed Interim Class Counsel (1) have diligently investigated this matter; (2) are committed to devoting the time and resources necessary to prosecute this litigation; (3) are knowledgeable as to data privacy/cybersecurity law; and (4) have substantial experience in complex litigation and/or data privacy/cybersecurity litigation such as this.  Accordingly, for the reasons set forth in the accompanying Memorandum in Support, this Motion should be granted.

Dated: June 4, 2026                                    Respectfully submitted,

                                                   **BRAGAR EAGEL & SQUIRE, P.C.**

                                                   */s/ Casey C. DeReus*
                                                   Casey C. DeReus (LA Bar #37096)

2

dereus@bespc.com
Melissa A. Fortunato (CA Bar #319767)
   *PRO HAC VICE TO BE FILED*
  fortunato@bespc.com
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile: (212) 486-0462

and

**BEY & ASSOCIATES, LLC**
*/s/ Jennifer J. Greene*
Jennifer J. Greene, (LA Bar #30899)
jgreene@beyandassociates.com
Garret S. DeReus, Bar No. 35105
  gdereus@beyandassociates.com
650 Poydras St., Suite 2610
New Orleans, LA 70130
Telephone:  (504) 229-5740 (direct)

 and

Bart D. Cohen*
Panida A. Anderson*
**BAILEY & GLASSER, LLP**
1055 Thomas Jefferson Street NW
Suite 540
Washington, DC 20007
(202) 463-2101
bcohen@baileyglasser.com
panderson@baileyglasser.com

David D. Bibiyan*
Younjin (Jennifer) Lee*
**BIBIYAN LAW GROUP, P.C.**
1460 Wilshire Boulevard
Los Angeles, California 90024
Telephone: (310) 438-5555
david@tomorrowlaw.com
jlee@tomorrowlaw.com

*\*Pro Hac Vice Forthcoming*

*Proposed Interim Leadership Counsel*

3

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 4th day of June 2026, served a copy of the foregoing Plaintiffs' Motion to Consolidate Actions and Appoint Interim Leadership Counsel to all parties to this proceeding by filing through the CM/ECF electronic filing system.

*/s/ Casey C. DeReus*
Casey C. DeReus
